■ HENRY R. TURNER et al., Appellants, v MARK A. WILLIAMS et al., Respondents. [655 NYS2d 380] —In an action, *inter alia*, for a permanent injunction, the plaintiffs appeal from an order of the Supreme Court, Putnam County (Hickman, J.), dated January 18, 1996, which denied their motion for a preliminary injunction and vacated a temporary restraining order.

Ordered that the order is affirmed, with costs.

The appellants have failed to demonstrate the requisite likelihood of success on the merits warranting the injunctive relief sought (*see, Aetna Ins. Co. v Capasso*, 75 NY2d 860; *Jurlique, Inc. v Austral Biolab Pty.*, 187 AD2d 637). Rosenblatt, J. P., Pizzuto, Altman and Luciano, JJ., concur.